DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IRB PLAZA, LLC, MELANIE A. LEBLANC, AND MEL'S BEACH GYM,

APPELLANTS,

V.

BEACH COTTAGES AT IRB PROPERTIES, LLC,

APPELLEE.

NO. 2D2023-0495

_____

April 26, 2024

Appeal from the Circuit Court for Pinellas County; Cynthia Newton, Judge.

Scott A. Smothers and Mitchell L. Davis of Smothers Law Firm, P.A., Apopka, for Appellants.

Paul R. Cavonis of DeLoach, Hofstra & Cavonis, P.A., Seminole, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.